**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

     Plaintiff,

                                            Misc. Case No. 25-mc-50925
v.                                  Related Criminal Case No. 24-20667
                                            HON. DENISE PAGE HOOD

BRIAN MAURICE BROWN,

     Defendant,

_____

CHARLES LAMAR BLACKWELL,

     Movant.

_____/

**<u>ORDER CLOSING MISCELLANEOUS CASE NUMBER</u>**

Magistrate Judge Anthony P. Patti issued a Memorandum Order granting and denying in part Movant Charles Blackwell's Motion to Unseal Judicial Records and denying as moot Blackwell's Motion to Expedite Consideration of Motion to Unseal on December 22, 2025.  (ECF No. 10) The Order became effective on January 16, 2026, unless a party files a motion for reconsideration or an objection.  No motion for reconsideration or an objection has been filed to the December 22, 2025 Order, and the time to file such has passed.

Accordingly,

IT IS ORDERED that this matter has been resolved by the December 22, 2025 Order.

IT IS FURTHER ORDERED that this Miscellaneous Case Number is designated as CLOSED on the Court's docket.

s/Denise Page Hood
Denise Page Hood
United States District Judge

Dated:  January 22, 2026